Kendrick HARRIS, Appellant,

v.

Maureen CLYDE, Manager, America's Center, Edward Jones Dome; Vicky Anthony, Manager, Chief Guest Service; Debbie Smith, Supervisor; Renee Dahlmann, Appellees.

No. 05–2929.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 6, 2006.

Filed: July 11, 2006.

Kendrick Harris, East St. Louis, MO, pro se.

Bradley Stephen Hiles, Josef S. Glynias, Blackwell & Sanders, St. Louis, MO, for Appellees.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Kendrick Harris appeals the district court's [1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his employment-dis-

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

crimination action. Having conducted de novo review, and accepting the facts in the complaint as true and construing them in Harris's favor, *see Gordon v. Hansen,* 168 F.3d 1109, 1113 (8th Cir.1999) (per curiam), we find the district court's analysis to be correct, thorough, and well-reasoned. Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny appellees' pending motion.